IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SHAQUILLE A. THORNHILL,<br><br>                Defendant. | 8:21CR135<br><br>ORDER |

      **THIS MATTER** is before the court on the motion of Yvonne D. Sosa to withdraw as counsel for the defendant, Shaquille A. Thornhill (Filing No. 23). Mark W. Bubak has filed an entry of appearance as retained counsel for Shaquille A. Thornhill. Therefore, Yvonne D. Sosa's motion to withdraw (Filing No. 23) will be granted.

      Yvonne D. Sosa shall forthwith provide Mark W. Bubak any discovery materials provided to the defendant by the government and any such other materials obtained by Yvonne D. Sosa which are material to Shaquille A. Thornhill's defense.

      The clerk shall provide a copy of this order to Mark W. Bubak.

      **IT IS SO ORDERED.**

Dated this 19th day of July, 2021.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge