IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  vs.<br><br>SHAQUILLE A. THORNHILL,<br><br>           Defendant. | 8:21-CR-135<br><br>ORDER REGARDING<br>MAGISTRATE JUDGE'S<br>FINDINGS AND RECOMMENDATION |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation on a Plea of Guilty (Filing 30) recommending that the Court accept the defendant's plea of guilty to Count I of the Indictment. There are no objections to the findings and recommendation. Nonetheless, the Court declines to adopt the findings and recommendation at this time.

Pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 11.2(d), the Court has conducted a de novo review of the record. Count I of the Indictment charges Defendant with violating 18 U.S.C. § 2422(b). Filing 13. Under the Justice for Victims of Trafficking Act of 2015 ("JVTA"), 18 U.S.C. § 3014(a)(3), the court shall assess any non-indigent person convicted of an offense under Chapter 117 of Title 18 an amount of $5,000. 18 U.S.C. § 2422(b) falls under Chapter 117.

The Plea Agreement, Filing 35 at 3, indicates Defendant is subject to the $5,000 assessment. However, Defendant's Petition to Enter a Plea of Guilty, Filing 34, omits any mention of the JVTA assessment, and the defendant was not specifically advised of the assessment at his change-of-plea hearing. Filing 36 at 9. Out of an abundance of caution, it is the Court's intent to further inquire into this matter at the sentencing hearing set for March 9, 2022. Filing 31. At that time, the Court will decide whether Defendant's plea of guilty should be accepted and whether the matter should proceed directly to sentencing.

IT IS ORDERED:

1

1. The Magistrate Judge's Findings and Recommendation on a Plea of Guilty, Filing 30, is held in abeyance;

2. This matter will be addressed at the sentencing hearing set for March 9, 2022; and

3. This case shall provisionally proceed to sentencing.

Dated this 21st day of January, 2022.

BY THE COURT:

Brian C. Buescher
United States District Judge